## 7

W. A. GREEN v. STATE. (No. 9952.) (Court of Criminal Appeals of Texas. Feb. 17, 1926.) Appeal from Collin County Court; A. M. Wolford, Judge. John Doyle, of McKinney, for appellant. Sam D. Stinson, State's Atty., of Austin, and Nat Gentry, Jr., Asst. State's Atty., of Tyler, for the State.

HAWKINS, J. Appellant was convicted for unlawfully practicing medicine, his punishment being assessed at a fine of $100 and five days'

imprisonment in the county jail. He has filed his affidavit, advising this court that he no longer desires to prosecute the appeal but desires to withdraw same.

Complying with said request, the appeal is ordered dismissed.